

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:    Olga de la Cerda-Cabrera, Independent Executrix of the Estate of Rosie A. Zuniga, Deceased, Appellant v. Chase Manhattan Bank USA, N.A.; Hull & Associates, P.C. a/k/a James N. Hull & Associates, P.C.; James N. Hull; and Palisades Collection, LLC, Appellees

Appellate case number:    01-11-00320-CV

Trial court case number:    2009-65455

Trial court:    61st District Court of Harris County

On March 27, 2014, appellant Olga de la Cerda-Cabrera, Independent Executrix of the Estate of Rosie A. Zuniga, Deceased filed a motion for en banc reconsideration. Appellant's motion is **denied**.

It is so ORDERED.

Judge's signature:    /s/ Jim Sharp
                      Acting for the Court

Date:  June 3, 2014

A unanimous Court voted to overrule the request for en banc reconsideration.

The en banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.